Ms. Kerry J. Jacobson
Assistant United States Attorney
District of Wyoming
P.O. Box 449
Lander, WY 82520
(307) 332-8195 / Fax: (307) 332-7104

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    **07CR193-D** |
| | ) |
| **TRAVIS J. McGILL,** | ) |
| | ) |
| Defendant. | ) |

## NOTICE PURSUANT TO RULE 16(a)(1)(G)

**COMES NOW** Kerry J. Jacobson, Assistant United States Attorney for the District of Wyoming, and gives notice, pursuant to Rule 16(a)(1)(G) of the intent to offer the testimony of expert witnesses in the above captioned case as follows:

Name of Witness:        **James T. Clemente**

Qualification of Witness:    Mr. Clemente's qualifications are set forth in his curriculum vitae, attached as Exhibit 1.

Summary of Testimony:    Federal Bureau of Investigation Supervisory Special Agent Clemente is a member of the National Center for the Analysis of Violent Crime (NCAVC), an integral part of the Critical Incident Response Group. Its mission is to provide criminal Investigative

Analysis of violent, sexual and serial crimes. SSA Clemente has analyzed hundreds of cases for and has provided investigative, prosecutive, and sentencing guidance to FBI Agents, Federal, State and Local Law Enforcement Agencies, Prosecutor's, Psychologists, Social Workers, and other professional organizations across the United States and overseas in cases involving Sexual Exploitation of Children, Child Pornography, Child Sex Abuse, Child Prostitution, Child Abduction, Serial Rape, Incest, Sexual Assault, Sexual Homicide, Serial Homicide Kidnaping and Equivocal Death. SSA Clemente's testimony will assist the trier of fact by educating them generally as to child sexual victimization, child offender behavior, and child pornography.

Name of Witness:        **Jacqueline L. Nelson**, **M.D.**

Qualification of Witness:    Dr. Nelson's qualifications are set forth in her curriculum vitae, attached as Exhibit 2.

Summary of Testimony:    Dr. Nelson is a pediatrician with the Public Health Service Indian Health Center, Wind River Service Unit, which provides services to tribal members on the Wind River Indian Reservation. Dr. Nelson's testimony will address one of the minor victim's treatment at the Indian Health Services facilities; record-keeping at those facilities; as well as educating the jury on the physical ramifications and aspects of child sexual assault.

DATED this 10th day of March, 2008.

> JOHN R. GREEN
> Interim United States Attorney
>
> By:    s/ Kerry J. Jacobson
> KERRY J. JACOBSON
> Assistant United States Attorney